UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Dianna Saunders</u>

    v.                                               Case No. 14-cv-16-PB

<u>Joanne Fortier</u>

**O R D E R**

    I have reviewed the habeas corpus petition in the above-captioned case. It appears that petitioner is in custody and has exhausted her state court remedies. The petition does not appear to be untimely. Nor does the petition otherwise fail to state a claim for relief. I order that the petition be served without taking a position as to petition's ultimate merits.

    SO ORDERED.

                                                  <u>/s/Paul Barbadoro</u>
                                                  Paul Barbadoro
                                                  United States District Judge

April 14, 2014

cc:   Robert L. Sheketoff, Esq.
      Jeffrey T. Karp, Esq.